UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  'O'  JS-6

| Case No. | 2:15-CV-02943-CAS(MRWx) | Date | June 3, 2015 |
|---|---|---|---|
| Title | THE LIONS v. MCCLANAHAN | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers) ORDER REMANDING ACTION TO THE LOS ANGELES COUNTY SUPERIOR COURT

On January 16, 2015, plaintiff The Lions, LLC filed a complaint for unlawful detainer in Los Angeles County Superior Court against defendants Richard Button and Sandra McClanahan for possession of the subject property located at 19422 Jacob Ave Cerritos, California 90703. Dkt. No. 1-1 at 1. The complaint alleges damages of less than $10,000. Id. On April 24, 2015, defendants removed the action to this Court on the basis of purported federal question jurisdiction, arguing that jurisdiction in this Court is proper because the unlawful detainer complaint does not comport with the requirements of the federal Protecting Tenants at Foreclosure Act of 2009, 12 U.S.C. § 5201. Dkt. No. 1 at 1–2. On May 1, 2015, the Court, noting the probable lack of federal subject matter jurisdiction, ordered defendants to show cause no later than May 15, 2015 why this case should not be remanded. Dkt. No. 6.

The burden is on the removing defendant to overcome a "strong presumption" against removal jurisdiction, Gaus v. Miles, Inc., 980 F.2d 564, 566 (9th Cir. 1992), and "[i]f at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded," 28 U.S.C. § 1447(c). To date, defendants have not responded to the order to show cause, and it is clear that there is no basis for federal subject matter jurisdiction. See California Equity Mgmt., Grp., Inc. v. Hammer, No. 1:12-cv-01204, 2012 WL 3069954, at *2 (E.D. Cal. July 26, 2012) ("Defendant's assertions of the Protecting Tenants at Foreclosure Act are best characterized as defenses or potential counterclaims; neither of which are considered in evaluating whether a federal question appears on the face of a plaintiff's complaint."

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**     'O'    JS-6

| Case No. | 2:15-CV-02943-CAS(MRWx) | Date | June 3, 2015 |
|---|---|---|---|
| Title | THE LIONS v. MCCLANAHAN | | |

(internal quotation marks, brackets, and citation omitted)). Accordingly, the Court **REMANDS** this case to Los Angeles County Superior Court.

    IT IS SO ORDERED.

                                                                                                    00 : 00

                                                           Initials of Preparer               CMJ